UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CARL F. TUSCANO, SR.,
    Plaintiff,

vs.                               CASE NO. 8:08-CIV-1660-T-17-MAP

DONALD NEWHOUSE,
    Defendant.
_____/

## ORDER OF DISMISSAL

This cause is before the Court on the defendant's motion to vacate clerk's default and to dismiss (Docket No. 16) and response thereto (Docket No. 17). The plaintiff filed a complaint in this case which alleged that the defendant owed him money from an arbitration award of 1979 and an order of a New Jersey court of 1980. The Clerk of Court entered default against the defendant on October 2, 2008. The motion before the Court provides information related to previous cases filed by this plaintiff against this defendant in the Middle District of Florida, motion page 2. All of the previous cases were dismissed.

In *Tuscano v Newhouse*, Case No. 6:07cv1342-ORL-31, the magistrate judge's Report and Recommendation is relevant to this case and the issues presently before the Court. The attempted service which was rejected in that case is identical to the attempted service in this case. The Court agrees with the magistrate judge and finds that service was not adequate and that the defendant is not properly before this Court. Therefore, the default must be vacated. Further, the Court cites with approval all the previous orders and reports and

recommendations, entered in previous cases where this plaintiff brought essentially identical claims, as to the lack of jurisdiction to hear this matter, see motion at page 4. The Court further notes that U.S. District Judge Susan C. Bucklew specifically enjoined the plaintiff from filing any more cases in this court related to the 1979 Arbitration Award and 1980 judgment. The defendant clearly violated that injunction. The Court finds that the motion of the defendant is well-taken. Accordingly, it is

**ORDERED** that the defendant's motion to vacate clerk's default and to dismiss (Docket No. 16) be **granted**; the default entered in this case (Docket No. 9) is **vacated and this cause is dismissed;** and the Clerk of Court is directed to close this case and terminate any other pending motions. Further, the Defendant is directed to cease and desist from filing any more cases in this court related to the 1979 Arbitration Award and 1980 judgment or face appropriate sanctions from the court.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this ___ day of January, 2009.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: All parties and counsel of record